UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| MISTY L. VANTREASE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:13-cv-861 |
| ) | |
| v. ) | Honorable Paul L. Maloney |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | **JUDGMENT** |
| Defendant. ) | |
| ) | |

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED.

Dated:  March 26, 2015         /s/ Paul L. Maloney
                               Paul L. Maloney
                               Chief United States District Judge